**Order entered October 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00894-CV

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Appellant**

**V.**

**JOSEPH MCRAE, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04163**

## ORDER

We **GRANT** appellee's October 3, 2014 motion for an extension of time to file a brief. Appellee shall file his brief by **OCTOBER 20, 2014**. We caution appellee that no further extension will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE